**Order entered June 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00464-CV

### TIM PRITCHETT, Appellant

### V.

### GOLD'S GYM FRANCHISING, LLC, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06623**

## ORDER

We **GRANT** appellee's June 7, 2013 motion for an extension of time to file a brief **to the extent** that appellee shall file its brief on or before **July 15, 2013**. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.


/s/     CAROLYN WRIGHT
          CHIEF JUSTICE